UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARCROFT MEDIA, LTD. AND FAMEFLYNET, INC., <br><br> Plaintiff, <br><br> v. <br><br> INGSTAD RADIO WASHINGTON LLC, RADIO YAKIMA LLC D/B/A HOT 99.7, <br><br> Defendants. | NO: 4:16-CV-3178-TOR <br><br> ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal. ECF No. 6. Plaintiffs voluntarily dismiss all claims in this action with prejudice. *Id.* Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiffs have an absolute right to voluntarily dismiss this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  All claims and causes of action in this matter are **DISMISSED** with

3  prejudice.

4  The District Court Executive is directed to enter this Order, furnish copies to

5  counsel, and **CLOSE** the file.

6  **DATED** November 22, 2016.



```
                    Thomas O. Rice
            THOMAS O. RICE
        Chief United States District Judge
```

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2